*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-02584-GW(PLAx) | Date | November 2, 2012 |
|---|---|---|---|
| Title | *Ronald Hasson v. Carolyn Koenig, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION

On April 17, 2012, the Court issued an Order to Show Cause re Diversity Jurisdiction for the following reason: the jurisdictional allegations are insufficient.

Plaintiff Ronald Hasson was given until May 14, 2012, to amend the Complaint and allege all necessary jurisdictional facts and no response or objection has been filed. Plaintiff is hereby notified that this action is dismissed without prejudice.

Initials of Preparer   JG